UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BROWN,<br><br>       Plaintiff,<br><br>  -against-<br><br>JOSE AMARANTE, et al.,,<br><br>       Defendants. | 23-CV-3514 (JGLC) (RWL)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 23, 2023
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  _____
                  JESSICA G. L. CLARKE
                  United States District Judge