USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD BROWN,

                Plaintiff,

   - against -

JOSE AMARANTE, et al.,

                Defendants.
-----------------------------------------------------------X

23-CV-3514 (JGLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the scheduling order (Dkt. 16), fact discovery concluded on September 1, 2023. Additionally, the settlement conference that was to be held on August 15, 2023, was adjourned due to counsel's illness. The parties, however, did not contact the Court to reschedule. Accordingly, by October 18, 2023, the parties shall jointly file a letter reporting on status.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated:    October 12, 2023
           New York, New York

Copies transmitted this date to all counsel of record.