UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BROWN,

                Plaintiff,

    - against -

JOSE AMARANTE, et al.,

                Defendants.
------------------------------------------------------------X

23-CV-3514 (JGLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the memo endorsement granting the parties' request to extend discovery at Dkt. 22, fact discovery concluded on December 30, 2023. The parties have not filed a status report. Accordingly, by February 15, 2024, the parties shall jointly file a letter reporting on status.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated:    February 7, 2024
            New York, New York

Copies transmitted this date to all counsel of record.