

Shachar Hadar, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. shadar@hasbanilight.com

Admitted to Practice in NY

November 12, 2025

<u>VIA CM/ECF</u>

Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



                Re:       <u>**Brown v. Amarante et al**</u>
                            **Docket No. 1:23-cv-03514-JGLC-RWL**

Dear Judge Clarke:

       We represent the Plaintiff, Edward Brown ("Plaintiff") in the above-referenced matter.

       Due to an anticipated trip at the beginning of January by the undersigned, which extends through the currently scheduled pretrial conference date of January 5, 2026, Plaintiff's counsel respectfully requests that the conference be rescheduled. With the consent of defendants' counsel, Plaintiff requests that the pretrial conference be adjourned to January 6, 7, or 8, 2026.

       This request is submitted with the consent of the Defendants' counsel. No prior adjournment requests have been made in connection with this conference.

       Your Honor's time and consideration in this matter is much appreciated. Should the Court have any questions, please feel free to contact me.

                                                                Respectfully,

                                                                Very truly yours,

                                                                */s/ Shachar Hadar*
                                                                Shachar Hadar, Esq.

Application GRANTED. IT IS HEREBY ORDERED that the final pretrial conference in this matter, previously scheduled for January 5, 2026, at 11:00 a.m., is RESCHEDULED for January 6, 2026, at 12:00 p.m. The conference shall be in Courtroom 320 of the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. The bench trial will also be held at the White Plains Courthouse. SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                               *Jessica Clarke*
                                                               JESSICA G. L. CLARKE
                                                               United States District Judge