UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BROWN,

                    Plaintiff,

          -against-

JOSE AMARANTE, et al.,

                    Defendants.

23-CV-3514 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received the parties' letter regarding their willingness to be referred to a Magistrate Judge for a settlement conference, and understands that only Plaintiff is amenable to such a referral. ECF No. 67. Nevertheless, in its discretion, the Court believes that a settlement conference would serve both parties well, and will therefore refer them for a settlement conference in a separate Order. Unless ordered otherwise, this referral has no impact on the post-trial dates previously set by the Court.

Dated: January 29, 2026
       New York, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge