

**HASBANI & LIGHT, P.C.**
ATTORNEYS AT LAW

Shachar Hadar, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. shadar@hasbanilight.com

Admitted to Practice in NY

February 5, 2026

**VIA CM/ECF**

Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



Re:     **Brown v. Amarante et al**
        **Docket No. 1:23-cv-03514-JGLC-RWL**

Dear Judge Clarke:

We represent the Plaintiff, Edward Brown ("Plaintiff") in the above-referenced matter.

Pursuant to the Court's Order dated January 12, 2026, Plaintiff's post-trial briefing regarding default and damages is due on February 9, 2026. Plaintiff respectfully requests a brief extension of three (3) days, until February 12, 2026, to file the said post-trial briefing. If this request is granted, it is also requested that Defendants be afforded a corresponding three (3) day extension to file their post-trial briefing, extending their filing deadline from March 9, 2026, to March 12, 2026.

The basis for this request is that Plaintiff's counsel has only recently obtained the trial transcript and needs additional time to finalize the post-trial brief.

No prior adjournment requests have been made in connection with this deadline. Defendants' counsel has consented to this extension request.

Your Honor's time and consideration in this matter is much appreciated. Should the Court have any questions, please feel free to contact me.

Application GRANTED. Plaintiff's deadline is hereby extended to February 12, 2026, while Defendants' deadline is extended to March 12, 2026. The parties' subsequent deadlines on March 23, 2026, and April 6, 2026, remain. The Clerk of Court is respectfully directed to terminate ECF No. 72. SO ORDERED.

Respectfully,

Very truly yours,

*/s/ Shachar Hadar*
Shachar Hadar, Esq.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: February 6, 2026
        White Plains, New York