**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

EDWARD BROWN,

Plaintiff,

-against-

23 **CIVIL** 3514 (JGLC)

# JUDGMENT

JOSE AMARANTE, LUIS DATIZ, THE NEW YORK CITY TRANSIT AUTHORITY ADJUDICATION BUREAU, “JOHN DOE,” and “JANE DOE,” the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, the Court finds in favor of Defendants based on their affirmative defense under RPAPL Section 1306 and concludes that Defendants are entitled to attorneys’ fees. Pursuant to Federal Rule of Civil Procedure 54(d), Defendants may submit a motion for attorneys’ fees within 14 days after the entry of judgment. Any motion must include contemporaneous time records. Any opposition to the motion shall be filed 14 days thereafter, and any reply is due 7 days after the opposition is filed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**