UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BROWN,<br>Plaintiff,<br>-against-<br>JOSE AMARANTE, et al.,<br>Defendants. | 23-CV-3514 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

To the extent Defendants intend to respond to, or oppose, the relief requested in the letter filed at ECF No. 82, they shall do so by October 6, 2026.

Dated: October 2, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge