UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BROWN,

Plaintiff,

-against-

JOSE AMARANTE, et al.,

Defendants.

23-CV-3514 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 30, 2026, the Court issued an Opinion and Order finding in favor of Defendants based on their affirmative defense under RPAPL Section 1306. ECF No. 80. On October 1, 2026, Plaintiff Edward Brown submitted a letter-motion requesting that the Court amend the Clerk's Judgment entered on October 1, 2026, ECF No. 81, to provide that Plaintiff's claim was dismissed without prejudice. ECF No. 82. Defendants Jose Amarante and Luis Datiz opposed Plaintiff's letter-motion. ECF No. 83. The Court grants Plaintiff's letter-motion to amend the judgment. Specifically, the Court amends the final judgment so that dismissal is without prejudice.

Under New York law, an action dismissed for failure to satisfy a condition precedent is generally not on the merits. *EFCO Corp. v. U.W. Marx, Inc.*, 124 F.3d 394, 398 (2d Cir. 1997); *see also U.S. Bank Nat'l Ass'n v. DLJ Mortg. Cap., Inc.*, 33 N.Y.3d 72, 80 (2019). The Court previously found that Defendants were entitled to judgment in their favor because Plaintiff failed to satisfy a condition precedent to bringing the foreclosure action under RPAPL Section 1306. Accordingly, Plaintiff's claim was dismissed without prejudice.

For the foregoing reasons, the Court GRANTS Plaintiff's letter motion request. The Court AMENDS the prior issued Opinion and Order, ECF No. 80, and the Clerk's Judgment, ECF No. 81, such that Plaintiff's claim is dismissed without prejudice.

Dated: October 7, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge